UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ARIZMENDI,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 1:19-cv-01506-DAD-BAM (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 4, 6) |

Through this action, plaintiff Angel Arizmendi seeks review of the Commissioner of Social Security's decision denying his application for benefits under the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2, 4) be denied because he failed to show that he is unable to pay the required filing fees pursuant to 28 U.S.C. § 1915. (Doc. No. 6.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2–3.) No objections have been filed and the time in which to do so has now passed. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has

1

conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on January 28, 2020 (Doc. No. 6) are adopted in full;
2. Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2, 4) are denied; and
3. Within fourteen (14) days following service of this order, plaintiff shall pay the $400.00 filing fee in full in order to proceed with this action or face dismissal without prejudice to refiling upon payment of the filing fee.

IT IS SO ORDERED.

Dated:   **April 21, 2020**

UNITED STATES DISTRICT JUDGE

2