# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL L. ARIZMENDI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:19-cv-01506-BAM<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Angel L. Arizmendi ("Plaintiff") filed this action on October 23, 2019, seeking review of the Commissioner of Social Security's denial of Plaintiff's application for disability benefits.  (Doc. 1.)  On April 21, 2020, the Court denied Plaintiff's applications to proceed *in forma pauperis* and directed Plaintiff to pay the filing fee in this action.  (Doc. 8.)  On the same date, Plaintiff paid the filing fee.  (*See* Docket generally.)

Thereafter, no summons or scheduling order was issued until February 18, 2021.  (Doc. 9, 10.)

On March 9, 2021, Plaintiff filed a proof of service indicating that the Commissioner of Social Security was served with the summons, complaint, and scheduling order by certified mail on March 3, 2021.  (Doc. 11.)

1   Pursuant to the scheduling order, within one hundred twenty days after service of the complaint, the Commissioner is required to serve and file a copy of the administrative record. (Doc. 10 at ¶ 2.)  More than one hundred twenty (120) days have passed since service of the summons and complaint, and the Commissioner has not filed or otherwise lodged the administrative record with the Court.[1]

Accordingly, the Commissioner is HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed for the failure to comply with the Court's scheduling order. The Commissioner shall file a written response to this order to show cause no later than **October 20, 2021.**  The Commissioner may comply with this order by lodging the administrative record or, in the alternative, requesting an extension of time or a stay of this action to allow for preparation of the administrative record.

IT IS SO ORDERED.

Dated:   **September 30, 2021**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Based on the filing date of this action, General Order No. 615 staying cases brought against the Commissioner under 42 U.S.C. § 405(g) does not apply.  General Order No. 615 applies only to those cases commenced on or after February 1, 2020.