PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
SATHYA OUM, CA SBN 255431
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4846
Facsimile: (415) 744-0134
E-Mail: Sathya.Oum@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGEL L. ARIZMENDI, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 1:19-cv-01506-BAM <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g); ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

There is good cause for remand because the Appeals Council has notified agency counsel that the claim file of the Administrative Law Judge's (ALJ) decision, dated December 5, 2018 and the recording of the hearing held before the ALJ, cannot be located. Upon receipt of the remand order from the Court, the Appeals Council will remand the case to the hearing office in order to locate or reconstruct the administrative record. If the administrative record cannot be

located or reconstructed, the Appeals Council will instruct the ALJ to hold a *de novo* hearing and issue a new decision.

This stipulation constitutes a remand under the sixth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: October 5, 2021         */s/ Shellie Lott*\*
                                SHELLIE LOTT
                                Attorney for Plaintiff
                                *Authorized via e-mail


                                PHILLIP A. TALBERT
                                Acting United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                          By:   /s/ *Sathya Oum*
                                SATHYA OUM
                                Special Assistant United States Attorney

                                Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent under sentence six, 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Further, the order to show cause issued on October 1, 2021 (Doc. No. 15), is discharged.

IT IS SO ORDERED.

Dated:   **October 6, 2021**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE