1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  SATHYA OUM
5  Special Assistant United States Attorney
       6401 Security Boulevard
6      Baltimore, Maryland 21235
       Telephone: (510) 970-4846
7      E-Mail: Sathya.Oum@ssa.gov
8
   Attorneys for Defendant
9

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF CALIFORNIA**

12 **FRESNO DIVISION**

13
   ANGEL L. ARIZMENDI,                  ) Case No.: 1:19-cv-01506-BAM
14                                      )
                                        ) **STIPULATION TO REOPEN CASE AND**
15          Plaintiff,                  ) **SET BRIEFING SCHEDULE;**
                                        ) **[PROPOSED] ORDER**
16     vs.                              )
                                        )
17 COMMISSIONER OF SOCIAL SECURITY,     )
                                        )
18                                      )
            Defendant.                  )
19                                      )

20         The parties, through their undersigned counsel, hereby stipulate that the Court reopen

21 this case and set a briefing schedule. In support of this stipulation, the Parties state:

22         Plaintiff instituted this civil action to appeal an adverse decision of the Commissioner

23 denying his application for Disability Insurance Benefits under Title II of the Act. On October

24 6, 2021, the Court remanded this case to the Commissioner pursuant to the sixth sentence of 42

25 U.S.C. § 405(g).

26         After a sentence six remand, the Commissioner is statutorily required to return to the

27 district court and file "any such additional and modified findings of fact and decision . . . ."

28 42 U.S.C. § 405(g); *see also Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) (explaining that a

1  district court retains jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g),
2  sentence six, and where the final administrative decision is not fully favorable to the claimant,
3  the Commissioner must return to court after completion of the administrative proceedings,
4  inform the Court of his findings of fact and decision, and file a transcript of the administrative
5  record).  The Commissioner now returns to this Court to report that the post remand
6  administrative proceedings have concluded.

7  On remand, the Commissioner, through an administrative law judge (ALJ), issued an
8  unfavorable decision, dated November 27, 2023, finding Plaintiff not disabled within the
9  meaning of the Act.  The time has expired for Plaintiff to file exceptions to the ALJ's decision
10 and for the Appeals Council to review the case on its own motion.  20 C.F.R. § 404.984.
11 Accordingly, the administrative proceedings are complete, and this case is ready for further
12 district court proceedings.  *See Carrol v. Sullivan*, 802 F. Supp. 295, 300 (C.D. Cal. 1992) ("[A]
13 sentence six remand, because of clear language in the social security statute, implies and
14 necessarily involves a reservation of jurisdiction for the future and contemplates further
15 proceedings in the district court and a final judgment at the conclusion thereof.  A sentence six
16 remand judgment . . . is therefore always interlocutory and never a 'final' judgment.")
17 (paraphrasing and quoting *Melkonyan*).

18 The Parties respectfully request that the Court reopen this case to resolve its sentence six
19 jurisdiction.  Upon reopening, the Parties respectfully request that the Court set the following
20 briefing schedule for Plaintiff's challenge to the Commissioner's unfavorable decision:
21 • Defendant will file the Certified Administrative Record ("CAR") within 14 days of
22   the entry of the Court's scheduling order;
23 • Plaintiff will file an Opening Brief within 30 days of the date the CAR is filed;
24 • Defendant will file a Responsive Brief within 30 days of the date the Opening Brief
25   is filed; and
26 • Plaintiff may file an Optional Reply Brief within 14 days of the date the response is
27   filed.
28

STIPULATION TO REOPEN AND SET BRIEFING SCHEDULE

1 | Dated: August 5, 2025                    Respectfully submitted,

/s/ *Shellie Lott\**
(*as authorized via e-mail on July 28, 2025)
SHELLIE LOTT
Attorney for Plaintiff

KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Sathya Oum*
SATHYA OUM
Special Assistant United States Attorney
Attorneys for Defendant

STIPULATION TO REOPEN AND SET BRIEFING SCHEDULE

**ORDER**

Based upon the parties' Stipulation, and for cause shown, **IT IS ORDERED** that

- The Certified Administrative Record ("CAR") is due within 14 days of the entry of this Order;
- Plaintiff's Opening Brief is due within 30 days of the date the CAR is filed;
- Defendant's Responsive Brief is due within 30 days of the date the Opening Brief is filed; and
- Plaintiff's Optional Reply Brief is due within 14 days of the date the response is filed.

IT IS SO ORDERED.

Dated: **September 22, 2025**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE