Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
ANGEL L. ARIZMENDI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL L. ARIZMENDI,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:19-cv-01506-BAM<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be October 20, 2025. This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's dispositive motion due to scheduling conflicts in separate matters. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: September 19, 2025                    Respectfully submitted,

                                                           /s/ *Jared Walker*
                                                           Jared Walker,
                                                           Attorney for Plaintiff

1  SO STIPULATED:

2

3                                           ERIC GRANT
                                            United States Attorney
4

5  Dated: September 19, 2025        By:    /s/ *Sathya Oum
                                           (*authorized by email on 9/19/2025)
6                                          SATHYA OUM
                                           Special Assistant United States Attorney
7                                          Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the parties' stipulation, and for cause show, IT IS ORDERED that:

- The time for Plaintiff to file his motion for summary judgment be extended thirty (30) days from the original deadline to October 20, 2025;
- Defendant will file a Responsive Brief within 30 days of the date the Opening Brief is filed; and
- Plaintiff may file an Optional Reply Brief within 14 days of the date the response is filed.

IT IS SO ORDERED.

Dated:  **September 23, 2025**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE