1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff
   ANGEL L. ARIZMENDI
6

7                     IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9  ANGEL L. ARIZMENDI,                  Case No.: 1:19-cv-01506-BAM

10         Plaintiff,

11     v.                               **RESPONSE TO ORDER TO SHOW
                                        CAUSE & JOINT STIPULATION TO SET
12 FRANK BISIGNANO,                     NEW BRIEFING DEADLINES**
   Commissioner of Social Security,
13
           Defendant.
14

15

16         Pursuant to the Court's December 10, 2025 Minute Order (ECF doc. #30), Plaintiff and

17 Defendant, the Commissioner of Social Security ("Defendant"), respectfully request the Court issue

18 a stipulated order setting new deadlines in this matter, as follows.

19         Within 30 days from the date of this Stipulation, Plaintiff shall file his Motion for Summary

20 Judgment such that Plaintiff must file his dispositive motion in this matter on or before January 12,

21 2026.

22         Within 30 days after service of Plaintiff's Motion for Summary Judgment, Defendant shall

23 file Defendant's Cross-Motion for Summary Judgment or other responsive pleading.  Plaintiff's

24 optional reply to Defendant's Cross-Motion for Summary Judgment shall be filed within 14 days

25 after service thereof.

26 Dated: December 11, 2025                         Respectfully submitted,

27                                                  /s/ *Jared Walker*
                                                    Jared Walker,
28                                                  Attorney for Plaintiff

1  SO STIPULATED:

2                                    ERIC GRANT
                                  United States Attorney

3

4  Dated: December 11, 2025      By:   /s/ *Sathya Oum
                                    (*authorized by email on 12/11/2025)
5                                  SATHYA OUM
                                Special Assistant United States Attorney
6                                  Attorneys for Defendant

**ORDER**

Pursuant to the Parties' Stipulation (Doc. 31), the Court ORDERS the following:

1. Plaintiff shall file his Motion for Summary Judgment on or before January 12, 2026;

2. Within 30 days after service of Plaintiff's Motion for Summary Judgment, Defendant shall file Defendant's Cross-Motion for Summary Judgment or other responsive pleading;

3. Plaintiff's optional reply to Defendant's Cross-Motion for Summary Judgment shall be filed within 14 days after service thereof; and

4. Having considered the Parties' response (Doc. 31), the Order to Show Cause (Doc. 30) issued on December 10, 2025 is HEREBY DISCHARGED.  No sanctions will be imposed at this time.

IT IS SO ORDERED.

Dated:   **December 12, 2025**          /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE