# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL L. ARIZMENDI, | Case No. 1:19-cv-01506-FRS (SAB) |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 35) |
| Defendant. | |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of his position of whether the Court should affirm, reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through January 20, 2026, to file an opening brief. The scheduling order (ECF No. 10) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **January 12, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge